IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBIN R. WILSON-SAULS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 07-163-AS |
| v. | ) |
| | ) O R D E R |
| MICHELLE D. CURTIS; WARREN C. GIVENS; LEROY B. HAINS; RONALD R. HAERTLING; LTC, DAVID E. HOLLIDAY; BONNIE ANN LAZOR; DANIEL McBRIDE; SALLY McBRIDE; ROBERT E. STEELE; DANIEL L. TRETTEN; and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Helen C. Tompkins
111 S.W. Columbia Street, Suite 1000
Portland, Oregon 97201

Page 1 - ORDER

Randall J. Wolfe
15573 S.W. Bangy Road, Suite 250
Lake Oswego, Oregon  97035

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
James L. Sutherland
Kevin C. Danielson
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Steven A. Kraemer
Travis J. Mayor
Hoffman, Hart & Wagner, LLP
1000 S.W. Broadway, 20th Floor
Portland, Oregon  97205

      Attorneys for Defendants

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on November 9, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#79).

Page 2 - ORDER

IT IS HEREBY ORDERED that Wilson-Sauls' Motion to File Amended Complaint and to Correct Caption (#66) is granted and McBrides' Motion for Summary Judgment (#38) is granted in part and denied in part.

DATED this ____8th____ day of February, 2008.

                                          /s/ Garr M. King
                                            GARR M. KING
                                        United States District Judge